IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                      Case No. 1:17cr6-MW/GRJ-1

KIMBERLY MICHELLE ROBERTS,

    Defendant.
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, ECF No. 53, to which there has been no timely objection, and subject to this Court's consideration of the plea agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of Guilty of the Defendant to Counts One through Twelve (1—12) of the Indictment against her is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

**SO ORDERED on September 25, 2017.**

                                       s/ **MARK E. WALKER**
                                       **United States District Judge**